IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY POLICKY, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cv3212 |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF SEWARD and DON SHOOK, | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT HEREBY IS ORDERED:

Counsel and unrepresented parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and, by October 3, 2005, file their Report of Parties' Planning Conference.

DATED September 15, 2005.

/s/ David L. Piester
United States Magistrate Judge