```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

LARRY POLICKY,                    )
                                  )
             Plaintiff,           )         4:05CV3212
                                  )
      v.                          )
                                  )
CITY OF SEWARD NEBRASKA and       )         ORDER
DON SHOOK, in his individual      )
and official capacity,            )
                                  )
             Defendants.
```

Magistrate Judge Piester has recused himself from this case.

IT THEREFORE HEREBY IS ORDERED:

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

DATED this 16th day of September, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge