# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY POLICKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CV3212 |
| vs. ) | |
| ) | ORDER |
| CITY OF SEWARD NEBRASKA, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on the parties' Stipulation and Joint Motion (#23) that Craig Shook be substituted for Don Shook as a named defendant. I note that the defendants' Answer (#5) includes that Craig Shook was improperly identified in the Complaint as Don Shook.

**IT IS ORDERED** that the Stipulation and Joint Motion (#23) is granted:

1. Craig Shook is hereby substituted as a defendant in place of Don Shook.

2. The Clerk shall amend the caption of the case to reflect the substitution.

**DATED January 10, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**