# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY POLICKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CV3212 |
| vs. | ) | |
| | ) | ORDER |
| CITY OF SEWARD, NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

As discussed during the status conference held January 26, 2006,

**IT IS ORDERED:**

1. Plaintiff's Motion for Extension of Time (#25) is granted, and plaintiff is given until and including **March 1, 2006** to respond to defendant's Motion for Summary Judgment (#20).

2. The parties' Rule 16 Planning Conference is continued to a date to be determined after Judge Kopf rules on the pending Motion for Summary Judgment. Counsel shall contact my assistant, at 402-661-7340, within five (5) business days after Judge Kopf's ruling to schedule the planning conference.

**DATED January 26, 2006.**

        **BY THE COURT:**

        s/ F.A. Gossett
        **United States Magistrate Judge**