**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| LARRY POLICKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:05CV3212 |
| vs. | ) | |
| | ) | SCHEDULING ORDER |
| CITY OF SEWARD, NEBRASKA, and | ) | |
| CRAIG SHOOK, in his individual and | ) | |
| official capacity, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following the Memorandum and Order [31] filed on May 25, 2006. In order to progress the remainder of the case,

**IT IS ORDERED:**

1. A planning conference is scheduled before the undersigned magistrate judge on **Tuesday, June 6, 2006 at 9:30 A.M.**

2. The conference will be held by telephone call. The court accepts the offer that the call be initiated by counsel for defendant.

Dated this 31st day of May 2006.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge