IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY POLICKY, | ) | 4:05CV3212 |
| Plaintiff, | ) | |
| vs. | ) | **JUDGMENT** |
| CITY OF SEWARD, NEBRASKA, and CRAIG SHOOK, in his individual and official capacity, | ) | |
| Defendants. | ) | |

Pursuant to (a) the court's memorandum and order entered on May 25, 2006, granting summary judgment in favor of the defendants City of Seward, Nebraska, and Craig Shook in his official capacity, and granting partial summary judgment in favor of the defendant Craig Shook in his individual capacity (filing 31), and (b) the joint stipulation filed on November 27, 2006, by the plaintiff and the defendant Craig Shook in his individual capacity (filing 41),

IT IS ORDERED that this action is dismissed with prejudice. As between the plaintiff and the defendant Craig Shook in his individual capacity, each party shall pay his own costs.

November 28, 2006.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge